AO 245B (CASD) (Rev. 12/11)  Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

FILED

2012 NOV 20  PM 2: 36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**  |
|---|---|
| **v.** | (For Offenses Committed On or After November 1, 1987) |
| JUAN MANUEL ARCE-MONTEVERDE (1) | Case Number:  12CR4108-WQH |
| | BENJAMIN DAVID, FEDERAL DEFENDERS |
| | Defendant's Attorney |

**REGISTRATION  NO.** 34960298

☐

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1 OF THE SUPERSEDING INFORMATION

☐ was found guilty on count(s)

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 21 USC 952, 960 | CONSPIRACY TO DISTRIBUTE MARIJUANA | 1 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) Underlying information                                      is ☒  are ☐  dismissed on the motion of the United States.

☒ Assessment: $100.00

☒ Fine waived                    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

NOVEMBER 19, 2012

Date of Imposition of Sentence

HON.  WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

12CR4108-WQH

AO 245B (CASD) (Rev. 12/11)  Judgment in a Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: JUAN MANUEL ARCE-MONTEVERDE (1)
CASE NUMBER: **12CR4108-WQH**

Judgment — Page <u>  2  </u> of <u>  2  </u>

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
90 days

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

**12CR4108-WQH**